**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO. 13-80371-CIV-BLOOM/HUNT**

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a/s/o
ELI LILLY AND COMPANY,

                Plaintiff,

v.

TYCO INTEGRATED SECURITY LLC, F/K/A
ADT SECURITY SERVICES, INC., A
SUBSIDIARY OF TYCO INTERNATIONAL
LTD., CO., AMAURY VILLA AND AMED
VILLA,

                Defendants.

_____

**TYCOIS' NOTICE OF FILING INDEX TO**
**TYCOIS' MOTION TO STRIKE [ECF NO. 175]**

| ECF No. | EXHIBIT | SEALED | DESCRIPTION |
|---------|---------|--------|-------------|
| 175-1 | A | | Deposition of Mr. Cambal, dated March 4, 2015, pp. 14-17, 22-25, 34-49, 62-81 and 86-89 |
| 175-2 | B | Yes | Eli Lilly and Company's Commercial Multiple Perils Policy coverage from September 1, 2009 through September 1, 2010 |
| 175-3 | C | Yes | Expert Witness Report by Mr. Cambal dated January 15, 2015 |
| 175-4 | D | | Deposition of Dr. Cole dated March 6, 2015, pp. 34-41, 50-65, 90-105, 114-117, 122-133, 142-153, 194-201 and 210-217 |
| 175-5 | E | Yes | Plaintiff's Expert Witness Summary by Dr. Cole dated January 16, 2015 |
| 175-6 | F | Yes | Summary Disclosure of Plaintiff's Testifying Expert by Dr. Johnston dated January 16, 2005 |

| ECF No. | EXHIBIT | SEALED | DESCRIPTION |
|---------|---------|--------|-------------|
| 175-7 | G | | Deposition of Dr. Johnston dated March 2, 2015, pp. 10-13, 26-33, 46-53, 58-65, 70-73, 82-97, 102-125, 130-141 and 270-277 |

6899316 v1

Date: April 10, 2015                    Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.


                                        By: s/ Jennifer A. McLoone
                                            William P. Geraghty
                                            Fla. Bar No. 89508
                                            wgeraghty@shb.com
                                            Jennifer A. McLoone
                                            Fla. Bar No. 29234
                                            jmcloone@shb.com

                                            Miami Center, Suite 3200
                                            201 South Biscayne Boulevard
                                            Miami, FL 33131-4332
                                            Telephone: 305.358.5171
                                            Facsimile:  305.358-7470

                                            and

                                            Charles C. Eblen
                                            *(Pro Hac Vice)*
                                            ceblen@shb.com
                                            Jason R. Scott
                                            *(Pro Hac Vice)*
                                            jscott@shb.com
                                            Aaron K. Kirkland
                                            *(Pro Hac Vice)*
                                            akirkland@shb.com
                                            Kristi L. Burmeister
                                            *(Pro Hac Vice)*
                                            kburmeister@shb.com
                                            Richard G. Sander
                                            *(Pro Hac Vice)*
                                            rsander@shb.com

                                            SHOOK, HARDY & BACON L.L.P.
                                            2555 Grand Boulevard
                                            Kansas City, MO 64108-2613
                                            Telephone: 816.474.6550
                                            Facsimile:  816.421.5547

                                            ATTORNEYS FOR DEFENDANT
                                            TYCO INTEGRATED SECURITY LLC

3

6899316 v1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 10th day of April, 2015, the foregoing was

presented to the Clerk of Court for filing and uploading to the CM/ECF system, which will send

notification of such filing to the following counsel of record:

Damon T. Hartley
Fla. Bar No. 41136
dhartley@dkmaritime.com
Charles G. De Leo
Fla. Bar No. 353485
cdeleo@dkmaritime.com
Jan M. Kuylenstierna
Fla. Bar No. 375985
jkuylenstierna@dkmaritime.com
Ryon L. Little
Fla. Bar No. 26402
rlittle@dkmaritime.com
De Leo & Kuylenstierna P.A.
Town Center One
8950 SW 74th Court
Suite 1710
Miami, FL 33156

-and-

Elisa Tara Gilbert (EG 5713)
(*Pro Hac Vice*)
egilbert@gilbert-firm.com
Brendan R. O'Brien (BO 9033)
(*Pro Hac Vice*)
bobrien@gilbert-firm.com
Rhonda Sue Leonard
(*Pro Hac Vice*)
rhondaesq@optonline.net
The Gilbert Firm, P.C.
325 East 57th Street
New York, NY 10022
**Attorneys for Plaintiff**

Thomas A. Smith
*Pro Hac Vice*
tsmith@skgsmlaw.com
Senak Keegan Gleason Smith & Michaud, Ltd.
621 South Plymouth Court, Suite 100
Chicago, IL 60605

**Attorneys for Plaintiff**

By: s/ *Jennifer A. McLoone*
_____
Attorney for Defendant
Tyco Integrated Security LLC

4