UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-80371-CIV-BLOOM/HUNT

FILED by PG D.C.

APR 27 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

ELI LILLY AND COMPANY, by NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA, as subrogee.
               Plaintiff,
    -against-

TYCO INTEGRATED SECURITY, LLC., F/K/A
ADT SECURITY SERVICES, INC., A SUBSIDIARY
OF TYCO INTERNATIONAL LTD, CO., AMAURY
VILLA AND AMED VILLA.
               Defendants.
_____/

## UNOPPOSED MOTION TO SEAL EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED FACTS

COMES NOW Plaintiff, National Union Fire Insurance Company Of Pittsburgh, Pennsylvania, as subrogee of Eli Lilly and Company, (hereinafter referred to as "Plaintiff") by and through its undersigned attorneys, and pursuant to Local Rule 5.4 hereby files its *Unopposed Motion To Seal Exhibits to Plaintiff's Response to Defendant's Statement of Undisputed Facts* and states as follows:

The following exhibits to Plaintiff's Response to Defendant's Statement of Undisputed Facts contain information that the parties to this litigation have designated as "confidential" pursuant to the stipulated protective orders in this matter [DE 92; DE 153]:
Exhibits:

    Exhibit 4 [5] – Mr. Larsen deposition excerpts
    Exhibit 12 – Affidavit from Mr. Saltsgaver
    Exhibit 27 – Mr. Hudecek deposition excerpts
    Exhibit 31 – Mr. Dennison deposition excerpts
    Exhibit 41 – E-mail from Ms. Colone.

Plaintiff respectfully requests that the above detailed exhibits be filed under seal. The Plaintiff requests that the above detailed exhibits be maintained under seal until this case is

1

closed and then, upon closure of this case, should be destroyed. Two complete copies of the above detailed exhibits are attached to this motion in a sealed envelope / enclosure marked "sealed document" pursuant to Local Rule 5.4(b)(1).

### S.D. FLA. LOCAL RULE 7.1 (a)(3) CERTIFICATION

Counsel for ELI LILLY has conferred via e-mail with counsel for ADT/Tyco who has advised that they do not oppose the relief sought herein.

Respectfully submitted this 27th day of April 2015.

    Eli Lilly and Company By
    National Union Fire Insurance Company
    of Pittsburgh, as Subrogee
    By:

    Ryon L. Little
    Fla. Bar No. 26402
    rlittle@dkmaritime.com
    Damon T. Hartley
    Fla. Bar No. 41136
    dhartley@dkmaritime.com
    De Leo & Kuylenstierna P.A.
    Town Center One
    8950 SW 74th Court
    Suite 1710
    Miami, Florida 33156
    Local counsel for Plaintiff

    -and-

    Elisa T. Gilbert, Esq. (EG5713)
    (*pro hac vice*)
    egilbert@gilbert-firm.com
    Brendan R. O'Brien, Esq. (BO 9033)
    (*pro hac vice*)
    bobrien@gilbert-firm.com
    The Gilbert Firm, P.C.
    325 East 57TH Street
    New York, New York 10022
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2015, the foregoing document was filed with the Clerk of the Court conventionally pursuant to Local Rule 5.4 and section 5A of the CM/ECF administrative procedures. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List via electronic mail.

*Ryon L. Little*

## SERVICE LIST
## CASE NO.: 13-80371

| | |
|---|---|
| Aaron K. Kirkland<br>Shook, Hardy, & Bacon, LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>816-474-6550<br>Email: akirkland@shb.com<br>Attorney for ADTs | Jason R. Scott<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>816-474-6550<br>Email: jscott@shb.com<br>Attorney for ADTs |
| Charles C. Eblen<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>Email: ceblen@shb.com<br>Attorney for ADTs | William Patrick Geraghty<br>Shook Hardy & Bacon<br>201 S Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-4332<br>305-358-5171<br>Fax: 358-7470<br>Email: wgeraghty@shb.com<br>Attorney for ADTs |
| Jennifer A. McLoone<br>SHOOK, HARDY & BACON LLP<br>MiamiCenter, Ste. 3200<br>201 S. Biscayne Blvd.<br>Miami, FL33131-4332<br>Telephone: 305-358-5171<br>Facsimile: 305-358-7470 | |