UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:13-cv-80371-BB

ELI LILLY AND COMPANY, by NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA, as subrogee,

                        Plaintiff,
     v.

TYCO INTEGRATED SECURITY LLC,
ADT SECURITY SERVICES, INC., A SUBSIDIARY OF
TYCO INTERNATIONAL LTD., CO., AMAURY VILLA
AND AMED VILLA.

                        Defendants.
_____/

**TYCO INTEGRATED SECURITY LLC'S
NOTICE OF FILING**

In light of the Court's pretrial order of February 24, 2016, (382) Tyco Integrated Security LLC ("TycoIS") provides notice of filing for the following:

1. Tyco Integrated Security LLC's deposition designations for Amaury Villa with Plaintiff's objections and counter-designations.

                                              Respectfully submitted,

                                              **SHOOK, HARDY & BACON L.L.P.**

                                              By: s/*Jennifer A. McLoone*
                                                   WILLIAM P. GERAGHTY
                                                   Fla. Bar No. 89508
                                                   *wgeraghty@shb.com*
                                                   JENNIFER A. McLOONE
                                                   Fla. Bar No. 29234
                                                  *jmcloone@shb.com*
                                                   Miami Center, Ste. 3200
                                                   201 S. Biscayne Blvd.
                                                   Miami, FL 33131-4332
                                                   Telephone: 305-358-5171
                                                   Facsimile:  305-358-7470

        -and-

Charles C. Eblen
(*Pro Hac Vice*)
ceblen@shb.com
Jason R. Scott
(*Pro Hac Vice*)
jscott@shb.com
Aaron K. Kirkland
(*Pro Hac Vice*)
akirkland@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

***ATTORNEYS FOR TYCO INTEGRATED SECURITY, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of March, 2016, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following counsel of record:

Damon T. Hartley
Fla. Bar No. 41136
dhartley@dkmaritime.com
Charles G. De Leo
Fla. Bar No. 353485
cdeleo@dkmaritime.com
Jan M. Kuylenstierna
Fla. Bar No. 375985
jkuylenstierna@dkmaritime.com
Ryon L. Little
Fla. Bar No. 26402
rlittle@dkmaritime.com
De Leo & Kuylenstierna P.A.
Town Center One
8950 SW 74th Court
Suite 1710
Miami, Florida 33156

-and-

Elisa Tara Gilbert (EG 5713)
(*Pro Hac Vice*)
egilbert@gilbert-firm.com
Brendan R. O'Brien (BO 9033)
(*Pro Hac Vice*)
bobrien@gilbert-firm.com
The Gilbert Firm, P.C.
325 East 57th Street
New York, NY 10022

**Attorneys for Plaintiff**

                                              By: s/*Jennifer A. McLoone*
                                              Attorney for Defendant,
                                              Tyco Integrated Security LLC