UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80371-CIV-BLOOM:HUNT

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA, a/s/o
ELI LILLY AND COMPANY,

       Plaintiff,

v.

TYCO INTEGRATED SECURITY LLC,
F/K/A ADT SECURITY SERVICES, INC., a
subsidiary of TYCO INTERNATIONAL
LTD., CO.; AMAURY VILLA; AND AMED
VILLA,

       Defendants.

## TYCO INTENGRATED SECURITY, LLC'S DEPOSITION DESIGNATIONS FOR AMAURY VILLA

| Start Designation (page:line) | End Designation (page:line) | Objections (if any) by Plaintiff (Yellow Highlighted) |
|---|---|---|
| 6:9 | 6:18 | Irrelevant, prone to confuse jury |
| 8:12 | 9:7 ending with "incorrect" | Irrelevant, prone to confuse jury, failure to lay proper foundation, hearsay |
| 9:13 | 9:19 | |
| 10:2 | 10:10 | |
| 11:6 | 11:14 | |
| 12:7 | 12:18 | |
| 13:23 | 14:22 | Irrelevant, failure to lay proper foundation |
| 15:8 | 16:6 | |
| 21:14 | 21:21 | |
| 22:9 | 24:11 | Hearsay, failure to lay proper foundation, prone to confuse jury |
| 24:19 | 25:6 | |
| 25:11 | 27:15 | Hearsay, failure to lay proper foundation, prone to confuse jury |
| 30:3 | 30:11 | |
| 30:19 | 30:23 | Irrelevant, prone to confuse jury, failure to lay |

1

| Start Designation (page:line) | End Designation (page:line) | Objections (if any) by Plaintiff (Yellow Highlighted) |
|---|---|---|
| | | proper foundation |
| 31:5 | 31:11 | Irrelevant, prone to confuse jury, failure to lay proper foundation |
| 34:4 | 34:13 | Irrelevant, prone to confuse jury, failure to lay proper foundation |
| 35:21 | 35:24 | Irrelevant, prone to confuse jury, failure to lay proper foundation |
| 36:3 | 36:9 | Irrelevant, prone to confuse jury, failure to lay proper foundation |
| 96:24 | 99:3 | Hearsay, failure to lay proper foundation, prone to confuse jury |
| 99:8 | 101:22 | Irrelevant, prone to confuse jury, failure to lay proper foundation |

### National Union's Counter-Designations

| Start Designation (page:line) | End Designation (page:line) | Objections (if any) by Tyco IS (Blue Highlighted) |
|---|---|---|
| 8:11 | 8:15 | |
| 10:9 | 10:16 | |
| 10:18 | 10:18 | |
| 11:6 | 11:9 | |
| 12:3 | 12:8 | |
| 12:10 | 12:20 | |
| 12:22 | 12:25 | |
| 13:2 | 13:17 | |
| 15:3 | 15:9 | |
| 15:11 | 15:14 | |
| 15:16 | 15:22 | |
| 15:24 | 16:1 | |
| 17:22 | 18:4 | |
| 20:9 | 20:22 | |
| 20:24 | 20:25 | |
| 21:2 | 22:10 | |
| 22:12 | 22:24 | |
| 23:11 | 24:3 | |
| 24:5 | 24:9 | |
| 24:11 | 24:23 | |
| 24:25 | 24:25 | |
| 25:11 | 25:19 | |
| 26:20 | 27:7 | |
| 27:9 | 27:12 | |

7442873 v1

| Start Designation (page:line) | End Designation (page:line) | Objections (if any) by Tyco IS (Blue Highlighted) |
|---|---|---|
| 27:14 | 27:23 | |
| 28:11 | 28:25 | |
| 34:4 | 34:5 | |
| 34:7 | 34:16 | |
| 34:18 | 34:20 | |
| 35:1 | 35:3 | |
| 35:5 | 35:5 | |
| 41:25 | 43:20 | |
| 43:23 | 46:25 | |
| 64:3 | 66:4 | |
| 67:16 | 70:10 | |
| 70:23 | 72:3 | |
| 72:11 | 73:5 | |
| 78:11 | 83:19 | |
| 102:10 | 103:8 | |
| 103:11 | 103:20 | |

3

7442873 v1

| | |
|---|---|
| Date:  March 14, 2016 | Respectfully submitted, |
| | SHOOK, HARDY & BACON L.L.P. |
| | By: *s/Jennifer A. McLoone*       |
| |     William P. Geraghty |
| |     Fla. Bar No. 89508 |
| |     wgeraghty@shb.com |
| |     Jennifer A. McLoone |
| |     Fla. Bar No. 29234 |
| |     jmcloone@shb.com |
| |     Miami Center, Suite 3200 |
| |     201 South Biscayne Boulevard |
| |     Miami, FL 33131-4332 |
| |     Telephone:   305.358.5171 |
| |     Facsimile:     305.358.7470 |
| |     -and- |
| |     Charles C. Eblen |
| |     *(Pro Hac Vice)* |
| |     ceblen@shb.com |
| |     Jason R. Scott |
| |     *(Pro Hac Vice)* |
| |     jscott@shb.com |
| |     Aaron K. Kirkland |
| |     *(Pro Hac Vice)* |
| |     akirkland@shb.com |
| |     2555 Grand Boulevard |
| |     Kansas City, MO 64108-2613 |
| |     Telephone:   816.474.6550 |
| |     Facsimile:     816.421.5547 |
| |     -and- |
| |     Richard G. Sander |
| |     *(Pro Hac Vice)* |
| |     rsander@shb.com |
| |     1660 17th Street, Suite 450 |
| |     Denver, CO 80202 |
| |     Telephone:   303.285.5300 |
| |     Facsimile:     303.285.5301 |
| | ATTORNEYS FOR DEFENDANT TYCO INTEGRATED SECURITY LLC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14 day of March, 2016, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following counsel of record:

Damon T. Hartley
Fla. Bar No. 41136
dhartley@dkmaritime.com
Charles G. De Leo
Fla. Bar No. 353485
cdeleo@dkmaritime.com
Jan M. Kuylenstierna
Fla. Bar No. 375985
jkuylenstierna@dkmaritime.com
Ryon L. Little
Fla. Bar No. 26402
rlittle@dkmaritime.com
De Leo & Kuylenstierna P.A.
Town Center One
8950 SW 74th Court, Suite 1710
Miami, FL 33156

-and-

Elisa Tara Gilbert (EG 5713)
(*Pro Hac Vice*)
egilbert@gilbert-firm.com
Brendan R. O'Brien (BO 9033)
(*Pro Hac Vice*)
bobrien@gilbert-firm.com
Rhonda Sue Leonard
(*Pro Hac Vice*)
rhondaesq@optonline.net
The Gilbert Firm, P.C.
325 East 57th Street
New York, NY 10022

**Attorneys for Plaintiff**

Thomas A. Smith
*Pro Hac Vice*
tsmith@skgsmlaw.com
Senak Keegan Gleason Smith & Michaud, Ltd.
621 South Plymouth Court, Suite 100
Chicago, IL 60605

**Attorneys for Plaintiff**

*s/Jennifer A. McLoone*
Attorney for Defendant
Tyco Integrated Security LLC

7442873 v1